UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                    Chapter 11

HAMPTON BAY MANOR, LLC,                                Case No. 19-40749 (JMM)

                Reorganized Debtor.
------------------------------------------------------------- X

## ORDER APPROVING STIPULATION OF SETTLEMENT

Upon ~~reading of~~ **(JMM)** the motion (the "Motion") (ECF No. 219) filed by Goldberg Weprin Finkel Goldstein LLP as disbursing agent (the "Disbursing Agent") under the confirmed Chapter 11 Plan herein, as and for its motion pursuant to Bankruptcy Rule 9019(a) seeking approval of the attached Stipulation of Settlement (the "Settlement") annexed as Exhibit "A" to the Motion, resolving claim disputes between the estate of Hampton Bay Manor, LLC (the "Debtor") and Westchester Fire Insurance Company and Magnum Consulting Enterprises, Inc.; and good and sufficient notice of the Motion having been given; and no objections having been filed thereto; and a hearing having been held on November ~~16~~ **17 (JMM)**, 2021; it is hereby

**ORDERED,** that the Settlement, be and the same, is approved in all respects, and the Disbursing Agent is hereby authorized and directed to take all steps necessary to implement the Settlement; and it is further

**ORDERED,** that this Order shall be effective immediately, notwithstanding any stay which may be otherwise applicable pursuant to the Federal Rules of Bankruptcy Procedure.



**Dated: Brooklyn, New York**
      **November 30, 2021**

_____
      **Jil Mazer-Marino**
**United States Bankruptcy Judge**